Same case below, 407 Fed. Appx. 255.

No. 11-5725. Patrick Cornelius Davis, Petitioner v. United States.

565 U.S. 920, 132 S. Ct. 344, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 6999.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 428 Fed. Appx. 255.

No. 11-5727. Timothy Lester, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 920, 132 S. Ct. 344, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 6983.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5729. Justin L. Marino, Petitioner v. United States.

565 U.S. 920, 132 S. Ct. 344, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 6825.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-5730. Rubio Argelio Angel, Petitioner v. Virginia.

565 U.S. 920, 132 S. Ct. 344, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 7091.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 281 Va. 248, 704 S.E.2d 386.

No. 11-5732. Kenneth Lamont Chaplin, Petitioner v. United States.

565 U.S. 920, 132 S. Ct. 344, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 6829.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 473.

No. 11-5734. Clifford Bradley, Jr., Petitioner v. United States.

565 U.S. 920, 132 S. Ct. 344, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 7052.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 453 Fed. Appx. 142.

No. 11-5736. Lewis O. Waters, Petitioner v. United States.

565 U.S. 920, 132 S. Ct. 345, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 7087.

October 3, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 12 A.3d 1173.

No. 11-5742. Trasbin Tobias Campbell, Petitioner v. United States.

565 U.S. 920, 132 S. Ct. 345, 181 L. Ed. 2d 216, 2011 U.S. LEXIS 7115.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.